**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 05-6151**

───────────

TREVOR JACKSON,

                                        Petitioner - Appellant,

        versus

A. D. ROBINSON, Warden,

                                        Respondent - Appellee.

───────────

**No. 05-6425**

───────────

TREVOR JACKSON,

                                        Petitioner - Appellant,

        versus

A. D. ROBINSON, Warden,

                                        Respondent - Appellee.

───────────

Appeals from the United States District Court for the Eastern
District of Virginia, at Alexandria.  James C. Cacheris, Senior,
District Judge.  (CA-04-1322)

───────────

Submitted:  August 25, 2005          Decided:  August 31, 2005

───────────

Dismissed by unpublished per curiam opinion.

Before TRAXLER and SHEDD, Circuit Judges. and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated cases, Trevor Jackson, a state prisoner, seeks to appeal the district court's order and order for reconsideration accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2254 (2000) petition on the ground that it is untimely. These orders are not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1); see Reid v. Angelone, 369 F.3d 363, 368-69, 374 n.7 (4th Cir. 2004). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of his constitutional claims is debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. See Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683 (4th Cir. 2001). We have independently reviewed the record and conclude that Jackson has shown no error in the district court's procedural ruling. Accordingly, we deny a certificate of appealability and dismiss the appeals. We dispense with oral argument, because the facts and legal contentions are adequately

presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>